IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00037-WYD-CBS

UNITED FIRE & CASUALTY COMPANY, an Iowa corporation,

    Plaintiff,

v.

SUMMIT FLOORING, LLC, a Colorado limited liability company,
ANDY BEILICKI, an individual,
McCREREY & ROBERTS CONSTRUCTION COMPANY, INC., a Colorado corporation,
MARK McCREREY, an individual,
BOULDER PLAZA RESIDENTIAL, LLC, a Colorado limited liability company,
ONE BOULDER PLAZA MANAGEMENT COMPANY, LLC, a Colorado limited liability company; and
1301 CANYON CONDOMINIUM ASSOCIATION, INC., a Colorado nonprofit corporation,

    Defendants.
_____

**ORDER GRANTING UNOPPOSED MOTION TO
AMEND ANSWER TO COUNTERCLAIM**
_____

THIS MATTER coming before the Court on the Plaintiff's Unopposed Motion to Amend (filed April 6, 2006; *doc. no. 16*) its answer to the counterclaim of the Boulder Plaza Defendants, the Court noting that counsel for the Boulder Plaza Defendants does not oppose this motion;

IT IS THEREFORE ORDERED that the unopposed motion of Plaintiff to amend its answer to the counterclaim of the Boulder Plaza Defendants is GRANTED.  The affirmative defenses set forth in that motion are deemed to be a part of the Plaintiff's Answer to the counterclaim of the Boulder Plaza Defendants without the necessity of filing an amended answer.

DATED at Denver, Colorado, this 6th day of April, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge