IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00037-WYD-CBS

UNITED FIRE & CASUALTY COMPANY, an Iowa corporation,

    Plaintiff,

v.

SUMMIT FLOORING, LLC, a Colorado limited liability company;
ANDY BEILICKI, an individual;
MCCREREY & ROBERTS CONSTRUCTION COMPANY, INC., a Colorado corporation;
MARK MCCREREY, an individual;
BOULDER PLAZA RESIDENTIAL, LLC, a Colorado limited liability company;
ONE BOULDER PLAZA MANAGEMENT COMPANY, LLC, a Colorado limited liability company; and
1301 CANYON CONDOMINIUM ASSOCIATION, INC., a Colorado nonprofit corporation,

    Defendants.

## ORDER

THIS MATTER is before the Court on the Motion to Withdraw of Geoffrey S. Race of Wells, Anderson & Race LLC.  The Court notes that new counsel, Michael S. Drew and Kevin P. Ahearn of the law firm of Pryor Johnson Carney Karr Nixon, P.C. entered their appearance as counsel for the plaintiff.  Having reviewed the motion and being otherwise fully advised, it is

    ORDERED that the Motion to Withdraw is **GRANTED**.

Dated: June 27, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge