IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00037-WYD-CBS

UNITED FIRE & CASUALTY COMPANY, an Iowa corporation,

      Plaintiff,

v.


SUMMIT FLOORING, LLC, a Colorado limited liability company;
ANDY BEILICKI, an individual;
MCCREREY & ROBERTS CONSTRUCTION COMPANY, INC., a Colorado corporation;
MARK MCCREREY, an individual;
BOULDER PLAZA RESIDENTIAL, LLC, a Colorado limited liability company;
ONE BOULDER PLAZA MANAGEMENT COMPANY, LLC, a Colorado limited liability company; and
1301 CANYON CONDOMINIUM ASSOCIATION, INC., a Colorado nonprofit corporation,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Boulder Plaza Residential, LLC's Unopposed Motion For Leave to File Supplemental Brief in Support of Motion for Partial Summary Judgment on Issue of Plaintiff's Duty to Defend [# 54], filed on September 27, 2006, is **GRANTED.**

      Dated:  September 28, 2006