IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00037-WYD-CBS

UNITED FIRE & CASUALTY COMPANY,
an Iowa corporation,

      Plaintiff,

v.

SUMMIT FLOORING, LLC,
a Colorado limited liability company,
ANDY BEILICKI, an individual,
MCCREREY & ROBERTS CONSTRUCTION COMPANY, INC.,
a Colorado corporation,
MARK MCCREREY, an individual,
BOULDER PLAZA RESIDENTIAL, LLC,
a Colorado limited liability company,
ONE BOULDER PLAZA MANAGEMENT COMPANY, LLC,
a Colorado limited liability company, and
1301 CANYON CONDOMINIUM ASSOCIATION, INC.,
a Colorado nonprofit corporation,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Defendant Boulder Plaza Residential LLC's Motion to Compel United Fire & Casualty Company to Respond to Defendant's Request for Production of Documents (*doc. no. 66)* is **DENIED** without prejudice.

      Counsel are reminded that this court does not permit the filing of a disputed discovery motion unless and until counsel complies fully with Rule 7.1 A and this court's practice standards, as explained during the Rule 16(b) scheduling conference on April 20, 2006. In passing, the court observes that before threatening an opposing party with sanctions under Fed.R.Civ.P. 37(a)(4), counsel should make certain that they have fully complied with the Rules and applicable practice standards.

**DATED:**      November 14, 2006