IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00037-WYD-CBS

UNITED FIRE & CASUALTY COMPANY, an Iowa corporation,

    Plaintiff,

v.

SUMMIT FLOORING, LLC, a Colorado limited liability company;
ANDY BEILICKI, an individual;
MCCRERY & ROBERTS CONSTRUCTION COMPANY, INC., a Colorado corporation;
MARK MCCRERY, an individual;
BOULDER PLAZA RESIDENTIAL, LLC, a Colorado limited liability company;
ONE BOULDER PLAZA MANAGEMENT COMPANY, LLC, a Colorado limited liability company; and
1301 CANYON CONDOMINIUM ASSOCIATION, INC., a Colorado nonprofit corporation,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER comes before the Court on a Stipulation for Dismissal, Without Prejudice, of Defendants Summit Flooring, LLC and Andy Bielicki [# 75], filed November 22, 2006.  After careful review of the file, the Court has concluded that the stipulation should be approved and that Plaintiff's claims against Defendants Summit Flooring, LLC and Andy Bielicki should be **DISMISSED WITHOUT PREJUDICE**. Accordingly, it is

    ORDERED that the Stipulation for Dismissal, Without Prejudice, of Defendants Summit Flooring, LLC and Andy Bielicki is **APPROVED**; and that Plaintiff's claims

against Defendants Summit Flooring, LLC and Andy Bielicki are **DISMISSED WITHOUT PREJUDICE**, each party to pay its own attorney's fees and costs.

Dated:  December 1, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge