IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00037-WYD-CBS

UNITED FIRE & CASUALTY COMPANY,
an Iowa corporation,

      Plaintiff,

v.

SUMMIT FLOORING, LLC,
a Colorado limited liability company,
ANDY BEILICKI, an individual,
MCCREREY & ROBERTS CONSTRUCTION COMPANY, INC.,
a Colorado corporation,
MARK MCCREREY, an individual,
BOULDER PLAZA RESIDENTIAL, LLC,
a Colorado limited liability company,
ONE BOULDER PLAZA MANAGEMENT COMPANY, LLC,
a Colorado limited liability company, and
1301 CANYON CONDOMINIUM ASSOCIATION, INC.,
a Colorado nonprofit corporation,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED the Joint Motion to Stay Case (*doc. no. 80)* is **GRANTED**. All pretrial deadlines are **VACATED** and discovery is **STAYED** pending a ruling on the parties' motions for summary judgement.

      Within 72 hours of their receipt of a decision by District Judge Daniel on the dispositive motions, counsel shall establish a conference call with Magistrate Judge Shaffer's chambers (303.844.2117) to set up a telephonic status conference.

      IT IS FURTHER ORDERED that a telephonic status conference has been set for **February 7, 2007, at 10:45 a.m. (Mountain Time)**.

**\*\*INSTRUCTIONS FOR TELEPHONIC PARTICIPATION\*\***

Parties are directed to consult with each other, prior to the set hearing, to make arrangements for <u>one</u> <u>complete</u> conference call (Courtroom technology requires that all participating parties are to be on the line, *before* the Court is contacted).

Once the call is complete, the Court may be reached by dialing **(303) 844-2117** at the scheduled date/time.

**DATED:** December 4, 2006