IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00037-WYD-CBS

UNITED FIRE & CASUALTY COMPANY,
an Iowa corporation,

    Plaintiff,

v.

MCCREREY & ROBERTS CONSTRUCTION COMPANY, INC.,
a Colorado corporation,
MARK MCCREREY, an individual,
BOULDER PLAZA RESIDENTIAL, LLC,
a Colorado limited liability company,
ONE BOULDER PLAZA MANAGEMENT COMPANY, LLC,
a Colorado limited liability company, and
1301 CANYON CONDOMINIUM ASSOCIATION, INC.,
a Colorado nonprofit corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Amended Unopposed Motion for Protective Order (*doc. no. 89)* is **GRANTED** and the proposed protective order will be accepted for filing.

    In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

    IT IS FURTHER ORDERED that Plaintiff's Motion for Protective Order (*doc. no. 76)* is **DENIED** as moot.

**DATED:**    April 2, 2007