IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00037-WYD-CBS

UNITED FIRE & CASUALTY COMPANY,
an Iowa corporation,

       Plaintiff,

v.

MCCREREY & ROBERTS CONSTRUCTION COMPANY, INC.,
a Colorado corporation,
MARK MCCREREY, an individual,
BOULDER PLAZA RESIDENTIAL, LLC,
a Colorado limited liability company,
ONE BOULDER PLAZA MANAGEMENT COMPANY, LLC,
a Colorado limited liability company, and
1301 CANYON CONDOMINIUM ASSOCIATION, INC.,
a Colorado nonprofit corporation,

       Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

       IT IS HEREBY ORDERED that Defendant Boulder Plaza Residential, LLC's Unopposed Motion for Leave to Amend Scheduling Order (*doc. no. 100)* is **GRANTED**.

**DATED:**     May 11, 2007