IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00037-WYD-CBS

UNITED FIRE & CASUALTY COMPANY, an Iowa corporation,

      Plaintiff,

v.


SUMMIT FLOORING, LLC, a Colorado limited liability company;
ANDY BEILICKI, an individual;
MCCREREY & ROBERTS CONSTRUCTION COMPANY, INC., a Colorado corporation;
MARK MCCREREY, an individual;
BOULDER PLAZA RESIDENTIAL, LLC, a Colorado limited liability company;
ONE BOULDER PLAZA MANAGEMENT COMPANY, LLC, a Colorado limited liability company; and
1301 CANYON CONDOMINIUM ASSOCIATION, INC., a Colorado nonprofit corporation,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Defendant Boulder Plaza Residential, LLC's Unopposed Motion for Leave to Exceed Page Limitation for its Response to Plaintiff's Motion for Certification of Appeal Pursuant to 28 U.S.C. § 1292(b), or in the Alternative Motion for Entry of Partial Final Judgment Pursuant to Fed. R. Civ. P. 54(b) (docket # 108), filed August 7, 2007, is **GRANTED**.  Defendant's Response (docket # 109) is accepted for filing.

      Dated:  August 7, 2007