IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00037-WYD-CBS

UNITED FIRE & CASUALTY COMPANY, an Iowa corporation,

     Plaintiff,

v.

SUMMIT FLOORING, LLC, a Colorado limited liability company;
ANDY BEILICKI, an individual;
MCCREREY & ROBERTS CONSTRUCTION COMPANY, INC., a Colorado corporation;
MARK MCCREREY, an individual;
BOULDER PLAZA RESIDENTIAL, LLC, a Colorado limited liability company;
ONE BOULDER PLAZA MANAGEMENT COMPANY, LLC, a Colorado limited liability company; and
1301 CANYON CONDOMINIUM ASSOCIATION, INC., a Colorado nonprofit corporation,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     The Motion for Dismissal, Without Prejudice, of Defendants McCrerey & Roberts Construction Company, Inc. and Mark McCrerey (docket #115), filed August 21, 2007, is stricken with leave to refile in compliance with D.C.COLO.LCivR 7.1A.

     Dated:  August 21, 2007