IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00037-WYD-CBS

UNITED FIRE & CASUALTY COMPANY, an Iowa corporation,

      Plaintiff,

v.

MCCREREY & ROBERTS CONSTRUCTION COMPANY, INC., a Colorado
corporation;
MARK MCCREREY, an individual;
BOULDER PLAZA RESIDENTIAL, LLC, a Colorado limited liability company;
ONE BOULDER PLAZA MANAGEMENT COMPANY, LLC, a Colorado limited liability
company; and
1301 CANYON CONDOMINIUM ASSOCIATION, INC., a Colorado nonprofit
corporation,

      Defendants.

---

## ORDER OF DISMISSAL OF PARTIES WITHOUT PREJUDICE

---

THIS MATTER comes before the Court on the Plaintiff's Unopposed Motion for

Dismissal, Without Prejudice, of Defendants McCrerey & Roberts Construction

Company, Inc. and Mark McCrerey (docket #117), filed August 22, 2007.   This motion

was filed pursuant to Fed. R. Civ. P. 41(a)(1), however, after reviewing the motion, I

find that it does not comply with Rule 41(a)(1).  Since Defendants McCrerey & Roberts

Construction Company, Inc. and Mark McCrerey filed an Answer on March 15, 2006,

the parties must file a stipulation for dismissal signed by all parties who have appeared

in the action.  Fed. R. Civ. P. 41(a)(1).  The instant motion is not signed by all parties.

However, since the motion is unopposed, I will construe the motion as a motion to

dismiss under Fed. R. Civ. P. 41(a)(2).  Accordingly, after careful review of the file, the

Court has concluded that the motion for dismissal should be granted and that Plaintiff's

claims against Defendants McCrerey & Roberts Construction Company, Inc. and Mark

McCrerey should be **DISMISSED WITHOUT PREJUDICE**.  Accordingly, it is

ORDERED that the Unopposed Motion for Dismissal, Without Prejudice, of

Defendants McCrerey & Roberts Construction Company, Inc. and Mark McCrerey

(docket #117), filed August 22, 2007, is **GRANTED.**  It is

FURTHER ORDERED that Plaintiff's claims against Defendants McCrerey &

Roberts Construction Company, Inc. and Mark McCrerey are **DISMISSED WITHOUT**

**PREJUDICE**, each party to pay its own attorney's fees and costs.

Dated:  August 27, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge