IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00037-WYD-CBS

UNITED FIRE & CASUALTY COMPANY, an Iowa corporation,

     Plaintiff,

v.

SUMMIT FLOORING, LLC, a Colorado limited liability company;
BOULDER PLAZA RESIDENTIAL, LLC, a Colorado limited liability company; and
1301 CANYON CONDOMINIUM ASSOCIATION, INC., a Colorado nonprofit corporation,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     Boulder Plaza Residential, LLC's Unopposed Motion for Leave to File Second Motion for Partial Summary Judgment on the Issues of indemnification and Damages (docket #125), filed September 6, 2007, is **GRANTED.** Defendant Boulder Plaza Residential, LLC is permitted to file a second motion for partial summary judgment on the issues of indemnification and damages only.

     Dated: September 7, 2007