IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No.  06-cv-00037-WYD-CBS

UNITED FIRE & CASUALTY COMPANY, an Iowa corporation,

     Plaintiff,

v.

SUMMIT FLOORING, LLC, a Colorado limited liability company;
ANDY BEILICKI, an individual;
MCCREREY & ROBERTS CONSTRUCTION COMPANY, INC., a Colorado corporation;
MARK MCCREREY, an individual;
BOULDER PLAZA RESIDENTIAL, LLC, a Colorado limited liability company;
ONE BOULDER PLAZA MANAGEMENT COMPANY, LLC, a Colorado limited liability company; and
1301 CANYON CONDOMINIUM ASSOCIATION, INC., a Colorado nonprofit corporation,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     Plaintiff United Fire & Casualty's Unopposed Motion for Leave to File Cross-Motion for Summary Judgment on the Issue of Damages and Indemnification (docket #137), filed October 10, 2007, is **GRANTED**.  Plaintiff may file a cross-motion for summary judgment on the issues of indemnification and damages only.

     Dated:  October 11, 2007