**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-00037-WYD-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: October 18, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| UNITED FIRE & CASUALTY COMPANY, an Iowa corporation, | Kevin P. Ahearn, via telephone |
| **Plaintiff,** | |
| v. | |
| BOULDER PLAZA RESIDENTIAL, LLC, a Colorado limited liability company, *et al.*, | George V. Berg, Jr., via telephone <br> Judy Bradshaw Snyder, via telephone |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: TELEPHONIC DISCOVERY CONFERENCE**
**Court in Session:     2:30 p.m.**
Court calls case. Appearances of counsel.

Counsel discuss their discovery dispute with the court.

**ORDERED:   Defendants may file a motion to compel, and the parties may fully brief the motion.**

**ORDERED:   The Stipulated Motion Regarding Deadlines for Dispositive Motions [filed October 12, 2007; doc. 140] is granted for the reasons stated on the record.**

HEARING CONCLUDED.
**Court in Recess:     3:36 p.m.**
Total In-Court Time: 01:06