**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-00037-WYD-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: October 24, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| UNITED FIRE & CASUALTY COMPANY, an Iowa corporation, | Kevin P. Ahearn, via telephone |
| **Plaintiff,** | |
| v. | |
| BOULDER PLAZA RESIDENTIAL, LLC, a Colorado limited liability company, *et al.*, | George V. Berg, Jr., via telephone |
| | Judy Bradshaw Snyder, via telephone |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:    10:45 a.m.**
Court calls case.  Appearances of counsel.

Counsel discuss the status of the case with the Court.

**ORDERED:** Plaintiff United Fire & Casualty's Withdrawal of Motion to Strike the Rebuttal Expert Opinions of Boulder Plaza Residential, LLC's Expert Witness Raymond Johnson [filed October 23, 2007; doc. 143] is granted for the reasons stated on the record.  Plaintiff United Fire & Casualty's Motion to Strike the Rebuttal Expert Opinions of Boulder Plaza Residential, LLC's Expert Witness Raymond Johnson [doc. 122] is hereby withdrawn.

**ORDERED:** In light of the Court's comments from the bench, Defendant Boulder Plaza Residential, LLC's Motion for Protective Order Pursuant to Fed.R.Civ.P. 26(c) [filed October 9, 2007; doc. 134] is denied as moot.

HEARING CONCLUDED.

**Court in Recess:    11:02 a.m.**
Total In-Court Time:    00:17