IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No. 06-cv-00037-WYD-CBS

UNITED FIRE & CASUALTY COMPANY, an Iowa corporation,

    Plaintiff,

v.

BOULDER PLAZA RESIDENTIAL, LLC, a Colorado limited liability company; and
1301 CANYON CONDOMINIUM ASSOCIATION, INC., a Colorado nonprofit corporation,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant BPR's Motion for Clarification (docket #175), filed January 7, 2008, is **GRANTED IN PART AND DENIED IN PART.** The motion is granted to the extent that **BPR is permitted to file a 5-page sur-reply no later than Friday, February 1, 2008.** However, the motion is **DENIED to the extent that the Court makes no rulings as to whether facts no. 2 and no. 10 are "material" at this time**.

    Additionally, to the extent that Plaintiff has requested it be allowed to file a response to the sur-reply, that request is **DENIED WITHOUT PREJUDICE**. Once Plaintiff has reviewed the sur-reply, it may seek leave of this Court to file a response.

    Dated: January 22, 2008