# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 06-cv-00037-WYD-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** February 4, 2008 | **Courtroom Deputy:** Ben Van Dyke |

UNITED FIRE & CASUALTY COMPANY,  Kevin P. Ahearn, via telephone
an Iowa corporation,

    **Plaintiff,**

    v.

BOULDER PLAZA RESIDENTIAL, LLC,  Judy Bradshaw Snyder, via telephone
a Colorado limited liability company, *et al.*,

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** MOTIONS HEARING
**Court in Session:** 9:58 a.m.
Court calls case. Appearances of counsel.

**ORDERED:** Boulder Plaza Residential, LLC's Motion to Remove Certain Pages of the Claim Manual from Protected Material Status [filed January 23, 2008; doc. 179] is denied without prejudice for the reasons stated on the record.

HEARING CONCLUDED.

**Court in recess:** 10:05 a.m.
Total time in court: 00:07