IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 06-cv-00037-WYD-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: April 3, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| UNITED FIRE & CASUALTY COMPANY, an Iowa corporation, | Kevin P. Ahearn<br>Elizabeth C. Moran |
| **Plaintiff,** | |
| v. | |
| BOULDER PLAZA RESIDENTIAL, LLC, a Colorado limited liability company, *et al.*, | Judy Bradshaw Snyder<br>George V. Berg, Jr. |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTIONS HEARING**
**Court in Session:** 9:02 a.m.
Court calls case. Appearances of counsel.

**ORDERED:** Defendant Boulder Plaza Residential, LLC's Motion for Leave to Amend Counterclaims to Add Claim for Exemplary Damages Pursuant to Fed.R.Civ.P. 15(a) and Colo.Rev.Stat. §13-21-102 [filed January 28, 2008; doc. 185] is granted for the reasons stated on the record. Defendants Boulder Plaza Residential, LLC's, One Boulder Plaza Management Company, LLC's, 1301 Canyon Condominium Association, INC.'s, and Mark McCrerey's Second Amended Answer and Counterclaim filed January 28, 2008 as Exhibit S to the motion (doc. 185-23) is accepted for filing on this date.

**FINAL PRETRIAL CONFERENCE** is **vacated and reset for April 23, 2008 at 10:45 a.m.**
Final Pretrial Order is due **no later than April 21, 2008.** (See the court's website for Instructions for Preparation and Submission)

HEARING CONCLUDED.

**Court in recess:** 9:45
Total time in court: 00:43