**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:** 06-cv-00037-WYD-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** June 2, 2008 | **Courtroom Deputy:** Valeri P. Barnes |

| | |
|---|---|
| UNITED FIRE & CASUALTY COMPANY, an Iowa corporation, | Kevin Ahearn |
| Plaintiff, | |
| v. | |
| BOULDER PLAZA RESIDENTIAL, LLC, a Colorado limited liability company; and 1301 CANYON CONDOMINIUM ASSOCIATION, INC., a Colorado nonprofit corporation, | Judy Snyder George Berg, Jr. |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTION HEARING**

**8:49 a.m.** **Court in session.**

Argument on Defendant Boulder Plaza Residential, LLP's Motion **(146)**.

**ORDERED:** Defendant Boulder Plaza Residential, LLP's Motion to Compel and Request for Extension of Discovery Cut-Off **(146)** is **granted in part and denied in part**.
    **1)** Work Product: All work product documents prior to September 2005 previously withheld shall be produced.
    **2)** Attorney Client Privilege: Asserted privileged file documents from August 30, 2004 through September 2005 shall be produced to the Court for *in camera* review.
    **3)** Any files that were produced to Mr. Race in his capacity as coverage counsel shall be produced.
    **4)** Request for Production No. 12 (Third Set): **Denied**.
    **5)** Request for Production No. 13 (First Set): **Denied**.

    **6)** Interrogatory No. 4 (Third Set): **Granted** as stated above.
    **7)** Interrogatory No. 6 (Third Set): **Denied**.
    **8)** Request for Production No. 6 (Third Set): **Denied**.
    **9)** Request for attorneys' fees and costs: **Denied**.

**DEADLINES/HEARING:**
  **1)** Plaintiff shall produce to defendants all of the above-mentioned documents within **30 days of today's date.**
  **2)** Plaintiff shall advise defendants whether or not Mr. Race will voluntarily provide his files or if a subpoena will be necessary within **30 days of today's date**.
  **3)** Status Report by close of business on **July 25, 2008**.
  **4)** Status Conference set for **July 30, 2008, at 1:30 p.m.**

Counsel shall confirm with the Court's Chambers by the end of the week as to whether or not a Settlement Conference can go forward on the afternoons of **June 26 and 27, 2008**,

**11:57 a.m.** **Court in recess/hearing concluded.**

Total in-court time: 3:08