IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00037-WYD-CBS

UNITED FIRE & CASUALTY COMPANY, an Iowa corporation,

    Plaintiff,

v.

MCCREREY & ROBERTS CONSTRUCTION COMPANY, INC., a Colorado corporation;
MARK MCCREREY, an individual;
BOULDER PLAZA RESIDENTIAL, LLC, a Colorado limited liability company;
ONE BOULDER PLAZA MANAGEMENT COMPANY, LLC, a Colorado limited liability company; and
1301 CANYON CONDOMINIUM ASSOCIATION, INC., a Colorado nonprofit corporation,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff United Fire & Casualty's Motion for Clarification Regarding the Court's May 13, 2008 Order (docket #232), filed July 10, 2008, is **GRANTED** consistent with this Order. In my Order dated May 13, 2008, I granted Defendants' Partial Motion for Summary Judgment on the Issues of Indemnification and denied it as to all other issues. That Order further denied Plaintiff's Cross motion for Summary Judgment on the Issues of Indemnification and Damages. Specifically, I found genuine issues of fact with respect to the following: (1) all aspects of Defendant BPR's "damages model"; (2) M&R's settlement with Defendant BPR in the underlying litigation; (3) the judgment entered against BPR; and (4) all requests for attorneys' fees.

    Dated: July 22, 2008