IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 06-cv-00037-PAB-CBS     FTR - Reporter Deck-Courtroom A402
Date: February 23, 2009     Courtroom Deputy: Ginny Kramer

| *Parties:* | *Counsel:* |
|---|---|
| UNITED FIRE & CASUALTY COMPANY, *an Iowa corporation,* | Michael Drew |
| Plaintiff, | |
| v. | |
| McCREREY & ROBERTS CONSTRUCTION COMPANY, INC., *a Colorado corporation, et al.,* | Judy Snyder George Berg, Jr. |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: FINAL PRETRIAL CONFERENCE**

**Court in Session: 8:27 a.m.**

Court calls case. Appearances of counsel.

Counsel review the proposed final pretrial order with the court.

The parties were directed to the chambers of Judge Brimmer for a trial date and trial preparation conference date.

**ORDERED:** The parties shall submit an updated confidential settlement statements to the Court **on or before March 9, 2009. The Magistrate Judge may elect to conduct another settlement conference if the parties' confidential settlement memorana suggest any possibility for fruitful settlement discussions.**

**ORDERED:** **The Final Pretrial Order is signed and entered with interlineations.**

**ORDERED:** The Defendant's Motion for Leave to *Supplement its Statement of Claims and Defenses in the Proposed Final Pretrial Order* [#258] is **GRANTED.**

HEARING CONCLUDED.
**Court in recess: 8:51 a.m.**
Total time in court:     00:24

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.