IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 06-cv-00037-PAB-CBS

UNITED FIRE & CASUALTY COMPANY,
an Iowa corporation,

    Plaintiff,

v.

BOULDER PLAZA RESIDENTIAL, LLC, et al.,

    Defendants.
_____

## ORDER SETTING CASE FOR TRIAL
_____

This matter has been scheduled for a four-week jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **March 8, 2010 at 8:00 a.m.**

A Trial Preparation Conference is set for **February 26, 2010 at 9:00 a.m.** Lead counsel who will try the case shall attend in person unless a written motion for alternative appearance is granted by the Court.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

    3)    timing of presentation of witnesses and evidence;

    4)    anticipated evidentiary issues;

    5)    any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.


DATED February 24, 2009.

             BY THE COURT:


             s/Philip A. Brimmer
             PHILIP A. BRIMMER
             United States District Judge