IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 06-cv-00037-PAB-CBS

UNITED FIRE & CASUALTY COMPANY,
an Iowa corporation,

    Plaintiff,

v.

BOULDER PLAZA RESIDENTIAL, LLC,
ONE BOULDER PLAZA MANAGEMENT COMPANY, LLC, and
1301 CANYON CONDOMINIUM ASSOCIATION, INC.,

    Defendants.

_____

### ORDER OF DISMISSAL OF CERTAIN PARTIES WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss, With Prejudice, Defendants 1301 Canyon Condominium Association, Inc. and One Boulder Plaza Management Company, LLC [Docket No. 275]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the motion to dismiss [Docket No. 275] is granted. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter against defendants 1301 Canyon Condominium Association, Inc. and One Boulder Plaza Management Company, LLC are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED July 6, 2009.

                                         BY THE COURT:

                                         s/Philip A. Brimmer
                                         PHILIP A. BRIMMER
                                         United States District Judge